**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **INTERFACE IP HOLDINGS LLC,**<br><br>　　　　　Plaintiff,<br><br>　　　V.<br><br>**ELLIE MAE, INC.,**<br><br>　　　　　Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Interface IP Holdings LLC ("Interface IP") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  June 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　FARNAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Brian E. Farnan
　　　　　　　　　　　　　　　　　　　　　　　　Brian E. Farnan (Bar No. 4089)
　　　　　　　　　　　　　　　　　　　　　　　　919 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 777-0300
　　　　　　　　　　　　　　　　　　　　　　　(302) 777-0301
　　　　　　　　　　　　　　　　　　　　　　　bfarnan@farnanlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*