**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **INTERFACE IP HOLDINGS LLC,**<br><br>    **Plaintiff,**<br><br>    **V.**<br><br>**ELLIE MAE, INC.,**<br><br>    **Defendant.** | **Civil Action No. 17-cv-766-GMS**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties have reached a settlement including an agreement to dismiss this action with prejudice, each side bearing its own costs and fees;

WHEREAS, pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without Court order before the opposing party serves either an answer or a motion for summary judgment;

WHEREAS, Defendant has not served either an answer or motion for summary judgment;

NOW THEREFORE, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

Dated: June 23, 2017                FARNAN LLP

                            /s/ Brian E. Farnan
                            Brian E. Farnan (Bar No. 4089)
                            919 North Market Street
                            12th Floor
                            Wilmington, DE 19801
                            (302) 777-0300

                                                    (302) 777-0301
                                                    bfarnan@farnanlaw.com

                                                    *Counsel for Plaintiff*

OF COUNSEL:

Bradford J. Black
BRADFORD BLACK P.C.
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 813-6211
bblack@bradfordblack.com

Matt Olavi
OLAVI LAW P.C.
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(512) 717-4485
molavi@olavilaw.com